[Nos. 27817-1-II; 27982-7-II;    Division Two.    March 4, 2003.]
29218-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. JON R. DONAHUE, *Appellant*.

*In the Matter of the Personal Restraint of* JON R. DONAHUE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05560-1, Karen L. Strombom, J., entered August 17, 2001, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27939-8-II.    Division Two.    March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05161-3, Frederick W. Fleming, J., entered October 28, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 28008-6-II.    Division Two.    March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE CRUMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03601-9, D. Gary Steiner, J., entered Octber 26, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.